UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-1801
_____

TERRI HAILEY, Grantor for the Estate of Jerry Scott Hailey
and Terri Hailey,

Plaintiff - Appellant,

and

JERRY SCOTT HAILEY, Grantor for the Estate of Jerry Scott
Hailey and Terri Hailey,

Appellant,

v.

BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A.; ALG
TRUSTEE, LLC,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:11-cv-00269-HEH)

_____

Submitted:  November 17, 2011      Decided:  November 22, 2011

_____

Before KING, DAVIS, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Terri Hailey and Jerry Scott Hailey, Appellants Pro Se.
Jontille Dionne Ray, Seth Abram Schaeffer, MCGUIREWOODS, LLP,
Richmond, Virginia; Jacob Scott Woody, MCGUIREWOODS, LLP,

Charlottesville, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terri Hailey and Jerry Scott Hailey appeal the district court's order dismissing the claim filed under the Truth and Lending Act and remanding the remaining claims to state court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hailey v. Bank of Am., N.A.</u>, No. 3:11-cv-00269-HEH (E.D. Va. July 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>